## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| MADELINE A. CERAUL | : | Bankruptcy No. 16-17821-ref |
| aka Madeline Ann Ceraul | : | |
| Debtor | : | |

ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank Trust N.A., as trustee of the Igloo Series III Trust, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay be and hereby vacated and terminated with respect to U.S. Bank Trust N.A., as trustee of the Igloo Series III Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with respect to the Property located at 204 S. Main Street, Pen Argyl, PA 18072, including actions that may or will divest debtor's rights and interests in the property.

BY THE COURT:

**Date: April 1, 2019**

_____
United States Bankruptcy Judge

TADMS:5092110-1