United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-17821-ref
Madeline A. Ceraul                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1           Date Rcvd: Apr 01, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db              +Madeline A. Ceraul,    204 South Main Street,    Pen Argyl, PA 18072-9699

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
        DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., as Trustee et al c/o Select
        Portfolio Servicing, Inc. debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        JILLIAN NOLAN SNIDER    on behalf of Creditor    US Bank Trust National Association as Trustee of
        the Igloo Series III Trust jsnider@tuckerlaw.com,  agilbert@tuckerlaw.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
        bkgroup@kmllawgroup.com
        SCOTT  WATERMAN    ECFmail@fredreiglech13.com,  ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  HRONIS    on behalf of Debtor Madeline A. Ceraul william.hronis@gmail.com,  hronis@rcn.com
                                                                              TOTAL: 8

## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Chapter 13** |
| | : | |
| **MADELINE A. CERAUL** | : | **Bankruptcy No. 16-17821-ref** |
| aka Madeline Ann Ceraul | : | |
| **Debtor** | : | |

### ORDER OF COURT

AND NOW, to-wit, this _____ day of _____, 2019, upon no response to the Motion

for Relief from the Automatic Stay filed by U.S. Bank Trust N.A., as trustee of the Igloo Series III Trust, it is

hereby ORDERED, ADJUDGED and DECREED that the Motion is **GRANTED** and that the automatic stay

be and hereby vacated and terminated with respect to U.S. Bank Trust N.A., as trustee of the Igloo Series III

Trust, who may take such actions as may be necessary or appropriate with respect enforcing its rights with

respect to the Property located at 204 S. Main Street, Pen Argyl, PA 18072, including actions that may or

will divest debtor's rights and interests in the property.

BY THE COURT:

**Date: April 1, 2019**

_____
United States Bankruptcy Judge

TADMS:5092110-1