UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
| Madeline A. Ceraul | Bankruptcy No. 16-17821-ref |
| Debtor | Related to Documents No. 50 & 52 |

ORDER OF COURT

AND NOW, this 11 day of April, 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank National Association, as trustee for the Igloo Series III Trust and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

IT IS FURTHER ORDERED that the Order dated April 1, 2019, in this case is HEREBY VACATED.

_____
United States Bankruptcy Judge