United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Madeline A. Ceraul  
    Debtor

Case No. 16-17821-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Apr 11, 2019  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
```
db              +Madeline A. Ceraul,    204 South Main Street,    Pen Argyl, PA 18072-9699
14024742        +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
                  1425 Greenway Dr., ste 400,    Irving TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
```
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., as Trustee et al c/o Select
               Portfolio Servicing, Inc. debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JILLIAN NOLAN SNIDER    on behalf of Creditor    US Bank Trust National Association as Trustee of
               the Igloo Series III Trust jsnider@tuckerlaw.com, agilbert@tuckerlaw.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  HRONIS    on behalf of Debtor Madeline A. Ceraul william.hronis@gmail.com, hronis@rcn.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                          Chapter 13

Madeline A. Ceraul                                              Bankruptcy No. 16-17821-ref

    Debtor                                                    Related to Documents No. 50 & 52

ORDER OF COURT

AND NOW, this ___11___ day of __April__, 2019, upon consideration of the Stipulation entered into by counsel for U.S. Bank National Association, as trustee for the Igloo Series III Trust and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the Stipulation is hereby approved.

IT IS FURTHER ORDERED that the Order dated April 1, 2019, in this case is HEREBY VACATED.

_____
United States Bankruptcy Judge