Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 16-17821-PMM**

MADELINE A. CERAUL  
204 SOUTH MAIN STREET  
PEN ARGYL  PA    18072

Petition Filed Date: 11/08/2016  
341 Hearing Date: 03/28/2017  
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $1,000.00 | 25512322061 | 01/08/2019 | $200.00 | 25512322072 | 01/16/2019 | $1,000.00 | 24576321958 |
| 01/16/2019 | $200.00 | 24576321960 | 01/30/2019 | $200.00 | 25180472913 | 01/30/2019 | $1,000.00 | 25180472902 |
| 03/08/2019 | $200.00 | 25180474983 | 03/08/2019 | $1,000.00 | 25180474972 | 03/29/2019 | $500.00 | 17884171524 |
| 03/29/2019 | $500.00 | 17884171525 | 03/29/2019 | $200.00 | 17884171526 | 04/24/2019 | $1,000.00 | 25655676963 |
| 04/24/2019 | $200.00 | 25655676974 | 05/29/2019 | $200.00 | 25655681452 | 05/29/2019 | $1,000.00 | 25655681441 |
| 07/08/2019 | $1,000.00 | 25007875841 | 07/08/2019 | $200.00 | 25007875852 | 07/24/2019 | $200.00 | 25007881994 |
| 07/24/2019 | $1,000.00 | 25007881983 | 08/28/2019 | $1,000.00 | 25843283796 | 08/28/2019 | $200.00 | 25843283807 |
| 10/01/2019 | $200.00 | 25655687875 | 10/01/2019 | $1,000.00 | 25655687864 | 10/30/2019 | $200.00 | 25655689080 |
| 10/30/2019 | $1,000.00 | 25655689078 | 12/09/2019 | $200.00 | 25655686110 | 12/09/2019 | $1,000.00 | 25655686108 |
| 12/31/2019 | $200.00 | 25007898262 | 12/31/2019 | $1,000.00 | 25007898251 | 02/12/2020 | $1,000.00 | 25007898993 |
| 02/12/2020 | $200.00 | 25021375007 | 03/18/2020 | $200.00 | 25021375661 | 03/18/2020 | $1,000.00 | 25021375650 |
| 05/06/2020 | $1,000.00 | 25021381803 | 05/06/2020 | $200.00 | 25021381814 | 06/03/2020 | $200.00 | 25021387462 |
| 06/03/2020 | $1,000.00 | 25021387451 | 07/07/2020 | $1,000.00 | 25021385943 | 07/07/2020 | $200.00 | 25021385954 |
| 08/05/2020 | $200.00 | 25021383535 | 08/05/2020 | $1,000.00 | 25021383524 | | | |

**Total Receipts for the Period: $24,000.00**   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $50,800.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | BSI FINANCIAL SERVICES<br>»» 005 | Mortgage Arrears | $59,912.49 | $43,047.90 | $16,864.59 |
| 4 | MID AMERICA BANK & TRUST COMPANY<br>»» 004 | Unsecured Creditors | $639.03 | $0.00 | $639.03 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,408.64 | $0.00 | $1,408.64 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $562.36 | $0.00 | $562.36 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $878.35 | $631.10 | $247.25 |
| 6 | WILLIAM HRONIS ESQ<br>»» 006 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

**Chapter 13 Case No. 16-17821-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $50,800.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $45,279.00 | Arrearages: | $2,400.00 |
| Paid to Trustee: | $4,441.00 | Total Plan Base: | $71,200.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.