| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 16-17821-PMM

MADELINE A. CERAUL
204 SOUTH MAIN STREET
PEN ARGYL  PA    18072

Petition Filed Date: 11/08/2016
341 Hearing Date: 03/28/2017
Confirmation Date: 08/31/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/2020 | $1,000.00 | 25007898993 | 02/12/2020 | $200.00 | 25021375007 | 03/18/2020 | $200.00 | 25021375661 |
| 03/18/2020 | $1,000.00 | 25021375650 | 05/06/2020 | $1,000.00 | 25021381803 | 05/06/2020 | $200.00 | 25021381814 |
| 06/03/2020 | $200.00 | 25021387462 | 06/03/2020 | $1,000.00 | 25021387451 | 07/07/2020 | $1,000.00 | 25021385943 |
| 07/07/2020 | $200.00 | 25021385954 | 08/05/2020 | $200.00 | 25021383535 | 08/05/2020 | $1,000.00 | 25021383524 |
| 09/01/2020 | $200.00 | 25021383827 | 09/01/2020 | $1,000.00 | 25021383816 | 09/30/2020 | $1,000.00 | 26722304807 |
| 09/30/2020 | $200.00 | 26722304818 | 10/28/2020 | $200.00 | 26738194972 | 10/28/2020 | $1,000.00 | 26738194961 |
| 12/07/2020 | $1,000.00 | 27049790428 | 12/07/2020 | $200.00 | 27049790430 | 01/05/2021 | $1,000.00 | 25021398284 |
| 01/05/2021 | $200.00 | 25021398295 | 02/03/2021 | $600.00 | 27218172317 | 02/03/2021 | $600.00 | 27218172306 |
| 03/02/2021 | $1,000.00 | 25135801953 | 03/02/2021 | $200.00 | 25135801964 | 04/05/2021 | $1,000.00 | 27218175884 |
| 04/05/2021 | $200.00 | 27218175895 | 05/03/2021 | $1,000.00 | 27264150167 | 05/03/2021 | $200.00 | 27264150178 |
| 06/02/2021 | $1,000.00 | 25135810121 | 06/02/2021 | $200.00 | 25135810132 | | | |

**Total Receipts for the Period:  $19,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $62,800.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | BSI FINANCIAL SERVICES<br>»» 005 | Mortgage Arrears | $59,912.49 | $53,904.73 | $6,007.76 |
| 4 | MID AMERICA BANK & TRUST COMPANY<br>»» 004 | Unsecured Creditors | $639.03 | $0.00 | $639.03 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Secured Creditors | $1,408.64 | $0.00 | $1,408.64 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $562.36 | $0.00 | $562.36 |
| 2 | TOYOTA MOTOR CREDIT CORP<br>»» 002 | Secured Creditors | $878.35 | $790.27 | $88.08 |
| 6 | WILLIAM HRONIS ESQ<br>»» 006 | Attorney Fees | $1,600.00 | $1,600.00 | $0.00 |

**Chapter 13 Case No. 16-17821-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $62,800.00 | Current Monthly Payment: | $1,200.00 |
| Paid to Claims: | $56,295.00 | Arrearages: | $2,400.00 |
| Paid to Trustee: | $5,425.00 | Total Plan Base: | $71,200.00 |
| Funds on Hand: | $1,080.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.