Certificate Number: 17082-PAE-DE-036220350

Bankruptcy Case Number: 16-17821



17082-PAE-DE-036220350

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>December 22, 2021</u>, at <u>9:57</u> o'clock <u>PM MST</u>, <u>MADELINE A CERAUL</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 22, 2021</u>          By:     <u>/s/Orsolya K Lazar</u>

                                                    Name:  <u>Orsolya K Lazar</u>

                                                    Title:   <u>Executive Director</u>