Certificate Number: 17082-PAE-DE-036220350

Bankruptcy Case Number: 16-17821



17082-PAE-DE-036220350

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 22, 2021, at 9:57 o'clock PM MST, MADELINE A CERAUL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 22, 2021           By:     /s/Orsolya K Lazar

                                    Name:   Orsolya K Lazar

                                    Title:  Executive Director